## STATEMENT OF FACTS

Your affiant, Sherman Wooden, is a Special Agent (SA) with Immigration and Customs Enforcement (ICE), Homeland Security Investigations (HSI), currently assigned to the child exploitation group within ICE in the HSI Washington, D.C., (HSI DC) Office.

This investigation concerns the e-mail account mollyyummy@yahoo.com (hereinafter "Target Email"). On November 14, 2013, HSI DC received information from the HSI Cheyenne, Wyoming office regarding e-mails sent from the Target Email to a target of the HSI Cheyenne office (hereinafter "Wyoming Suspect"). As a result of a search warrant at the residence of the Wyoming Suspect, HSI Cheyenne located several emails containing suspect child pornography files that were exchanged between the Wyoming Suspect and the Target Email. The e-mails were sent in August and September of 2013.

On September 24, 2013, while acting in an undercover capacity, HSI Cheyenne SA Nicole Bailey sent an e-mail to the Target Email from an e-mail account of the Wyoming Suspect. In the e-mail, SA Bailey requested additional child pornography files from the Target Email. On September 25, 2013, the Target Email sent an e-mail to the Wyoming Suspect's e-mail account that contained a message and two zip file attachments. The message was, "Hey..been a while! Yeah also need to find easier way to share, too many files. Tough to find private milky fun vids though.. Mix attached..be careful out there!" SA Bailey viewed the videos contained within the zip files and determined they depicted children engaged in sexually explicit conduct.[1]

SA Bailey also captured the e-mail header information from the message sent from the Target Email on September 25, 2013. The originating Internet Protocol (IP) address was identified as 213.186.167.43. SA Wooden utilized an open-source geo-location tool, and the tool showed that IP address 213.186.167.143 geo-located to Amman, Jordan.

On September 30, 2013, SA Bailey received information from the HSI Cyber Crimes Center (C3) that the Target Email had a user profile on an image hosting website based outside of the United States. In addition, C3 provided SA Bailey with IP address logs for the Target Email on the image hosting site. SA Bailey saw that the IP address 216.15.25.168 was utilized on July 13, 2013 at 04:59 GMT + 0400. SA Bailey determined that the Internet Service Provider (ISP) for the IP address was Neustar/RCN Telecom Services.

On October 10, 2013, SA Bailey sent a DHS summons to Neustar/RCN Telecom Services for the Target IP. On October 24, 2013, SA Bailey received information from

---

[1] I, the undersigned affiant, have also viewed the zip files and determined they depicted children engaged in sexually explicit conduct, including prepubescent children. For instance, one of the videos contained in the zip file sent by the Target Email, file name "erger.mp4," is 27 seconds in length and depicts a prepubescent female minor lying down on a bed with her legs in the air. The video clearly shows the female minor's vagina; her underwear is pulled down. The female is shown rubbing her vagina with her right hand throughout the duration of the video.

1

Neustar/RCN Telecom Services that the Target IP was assigned to ▇ New Hampshire Avenue NW, ▇ Washington, D.C ▇. The name listed on the account was Duardo ABREU. The phone number listed on the account was ▇.

On October 24, 2013, SA Bailey received information from Yahoo! regarding the Target Email. According to Yahoo!, between August 21, 2013, and August 23, 2013, the Target Email was logged into from the IP address 216.15.25.168. Yahoo! also showed that between August 30, 2013 and September 20, 2013, which was the date range that Yahoo! searched for IP addresses, the Target Email was logged into from the IP address 213.186.167.43, which geo-located to Amman, Jordan. SA Bailey had also conducted a travel query for ABREU and determined that he departed the United States on August 25, 2013 and returned to the United States on October 25, 2013.

On November 25, 2013, I conducted a query in the Consolidated Lead Evaluation and Reporting ("CLEAR") database for ABREU. CLEAR located an individual named Eduardo Jesus ABREU, whose most recent address was listed as ▇ New Hampshire Avenue NW, ▇ ▇ Washington, D.C. ▇. One of the phone numbers listed in CLEAR was the same number provided by Neustar/RCN Telecom for the internet account associated with the Target IP.

On or about November 25, 2013, I conducted an open-source query for ABREU and located a LinkedIn web page for an individual named Eduardo ABREU who lived in Washington, D.C. According to the LinkedIn profile, ABREU currently worked as a Transition Advisor for the United States Agency for International Development (USAID). Also listed for ABREU's profile were two locations for his job: Washington, D.C. and Amman, Jordan.

On January 22, 2014, HSI special agents, along with Washington Metropolitan Police Department (MPD) detectives, attempted to execute a search warrant at ▇ New Hampshire Avenue NW, ▇ Washington, D.C. ▇. Upon entry into the residence, law enforcement personnel discovered the residence was vacant. Later on the same day, I received information from the United States Postal Inspection Service (USPIS) that showed ABREU was receiving mail at ▇ North Wayne Street, ▇ Arlington, Virginia ▇ as of January 7, 2014.

In March of 2014, I reviewed the results of an e-mail search warrant for the Target Email. I located approximately 500 e-mail messages sent from or received by the Target Email that contained suspect child pornography files. The most recent e-mail sent from the Target Email that contained suspect child pornography files was sent on November 13, 2013. The e-mail contained four suspect child pornography files, including a video file that depicted an adult male inserting his penis into the anus of a prepubescent female minor. The message in the e-mail read "Some samples..lots more to share..9-12 prefer". The Target Email still received messages from individuals as recently as January of 2014 that contained suspect child pornography files.

In addition, I located an email from the Target Email to another email address that was sent on August 23, 2013 at 10:18:53 Pacific Daylight Time (PDT). The IP address utilized to send the email was 216.15.25.168. The email contained two web links, one of which was

accessed by your Affiant. I was directed to an online folder titled "Box2". The folder was located on an online file-sharing website. The folder contained 25 suspect child pornography videos. One of the videos I discovered in the folder was the file "erger.mp4", which was described above. I previously received summoned information from Neustar/RCN Telecom for the IP address 216.15.25.168, and Neustar/RCN Telecom stated that the IP address was assigned to Duardo ABREU at ▇▇ New Hampshire Avenue, ▇▇ Washington, D.C. ▇▇. In addition, the IP address was assigned to ABREU at the above address between August 21, 2013 and August 28, 2013, according to Neustar/RCN Telecom.

I also located an e-mail sent from the Target Email with a message to the recipient. The message, in part, read "I'm a nice guy w a preggo fetish..first time doing this..not sure if I leave my number?? ▇▇▇▇▇▇" This was the same phone number listed on the Neustar/RCN account for ▇▇ New Hampshire Avenue NW, ▇▇ Washington, D.C. ▇▇.

On April 23, 2014, I received information from Verizon Wireless pursuant to an administrative summons for the phone number ▇▇▇▇▇▇ The information showed that the name on the phone account was Eduardo ABREU. Both the Washington, D.C. address and the Arlington, Virginia address were listed on the Verizon Wireless phone account.

 

Special Agent Sherman Wooden
Immigration and Customs Enforcement,
Homeland Security Investigations

Sworn and subscribed to before me this 10th day of June, 2014.

 

United States Magistrate Judge